

250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

July 15, 2021

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/21

*Document Electronically Filed*
Hon. Barbara C. Moses
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:     Figueroa v. Commissioner of Social Security
                          <u>Civil Action No: 1:20-cv-07649-BCM</u>

Dear Judge Moses:

      This letter respectfully requests an extension of time of forty-eight (48) days for Plaintiff to serve her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on July 21, 2021. Due to the unexpected loss of two briefing attorneys last week, our office is unable to complete a proper, meritorious brief by the current due date. This extension is needed to thoroughly and properly prepare Plaintiff's Motion.

      Plaintiff's counsel has contacted defense counsel who consents to this request. This request would be Plaintiff's second extension in this matter.

      If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **<u>September 7, 2021</u>**. Subsequently, in accordance with the pattern of the Scheduling Order, the Commissioner's response to the Motion for Judgement on the Pleadings would then be due **<u>November 8, 2021</u>**. Plaintiff's Reply would then be due **<u>December 10, 2021</u>**.

Thank you for your consideration.          Respectfully submitted,

                                              */s/ Howard D. Olinsky*
                                              Howard D. Olinsky, Esq.
                                              Bar Code H06529
                                              Counsel for Plaintiff

CC [via ECF]: Joseph Pantoja (Counsel for Defendant)

      Application GRANTED. No further extensions of plaintiff's motion deadline will be granted. SO ORDERED.

Dated:  July 16, 2021
          New York, NY

                                              **Honorable Barbara C. Moses**
                                              **U.S. Magistrate Judge**