UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE FRANCISCO FIGUEROA,

                Plaintiff                20 **CIVIL** 7649 (BCM)

      -v-                          **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 22, 2021, that the Commissioner's decision is reversed and that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
         November 23, 2021

                                           **RUBY J. KRAJICK**
                                               Clerk of Court
                              **BY:**
                                                 Deputy Clerk